IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD SEARS, :
    Plaintiff :
  : No. 1:17-cv-869
v. :
  : (Judge Kane)
DANTE MCCOY, et al., :
    Defendants :

**ORDER**

**AND NOW**, on this 27th day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant McCoy's motion for summary judgment (Doc. No. 20) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant McCoy and against Plaintiff Richard Sears as to all remaining counts in Plaintiff's complaint (Doc. No. 1); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                       s/ Yvette Kane
                                       Yvette Kane, District Judge
                                       United States District Court
                                       Middle District of Pennsylvania