IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD SEARS,** | : | |
|     Plaintiff | : | No. 1:17-cv-00869 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| **DANTE MCCOY, et al.,** | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 30th day of November 2023, upon consideration of the docket in the above-captioned action, which reflects Plaintiff Richard Sears ("Plaintiff")'s failure to prosecute, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's surviving First Amendment retaliation claims against Defendant Dante McCoy ("Defendant McCoy") are **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, see Fed. R. Civ. P. 41(b);

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant McCoy and against Plaintiff on Plaintiff's state law tort claims, see (Doc. No. 62 ¶ 1(b)); and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                                                                                 s/ Yvette Kane
                                                                                                                 Yvette Kane, District Judge
                                                                                                                 United States District Court
                                                                                                                 Middle District of Pennsylvania